AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) |
| John Anthony III (AKA: N/A) | ) Case: 1:26-mj-00024 |
|  | ) Assigned To: Judge Upadhyaya, Moxila A. |
|  | ) Assign. Date: 2/4/2026 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __John Anthony III__ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2250(b) (Failure to Register as a Sex Offender).

Date: 02/04/2026

*Issuing officer's signature*

City and state: Washington, D.C.     Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4 Feb 2026, and the person was arrested on *(date)* 11 Feb 2026
at *(city and state)* Washington DC.

Date: 11 Feb 2026

*Arresting officer's signature*

Daniel G. Dalton
*Printed name and title*